FILED
JUN - 2 2009
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

In the United States District Court

For the Eastern District of Virginia

Alexandria Division

Erma J. Matthews,

    Plaintiff

V.                Civil Action No.   1:09CV622 LMB/TRJ

M.C. Dean/ Dean, Michael


Plaintiff believes that she has been discriminated against in violation of Title VII of the Civil Rights Act of 1964, because of her race. Plaintiff believes that her Supervisor intentionally did not provide her with necessary training, nor provide her with equal wages to those of a different race with the same or less experience than Plaintiff has. Plaintiff can also prove that not only was she discriminated against by her ex-supervisor but previous Black employees in the same department had been also based on their race. Plaintiff also states that she experienced racial harassment; sexual harassment and was retaliated against from her Supervisor; her Supervisor friends (which also worked in the same department); the Vice-President (CFO); and the director of the Human Resource Department. Plaintiff is requesting back wages, and damages for pain and suffering. I would also at this time request a jury trial when the time comes for it.

_/s/ Erma J. Matthews_____

Erma J. Matthews

25491 Beresford Drive

South Riding, VA 20152

(703)-957-3282